# NOVA
### LAW GROUP

March 9, 2026

                                                        Alexandra Minogue, Esq.
                                                        Nova Law Group
                                                        21 Fulton St.
                                                        Newark, NJ 07102
                                                        T: 844-444-6682

**VIA PACER**
The Honorable Esther Salas, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5A
Newark, NJ 07101

                       RE:    ***Gian Piero Jesus Villanueva-Rosario v. Luis Soto, et al.***
                               **Docket No.: 2:25-cv-18756-ES**

Dear Honorable Esther Salas, U.S.D.J.,

      As Your Honor is aware, the undersigned represents Petitioner Gian Piero Jesus Villanueva-Rosario ("Mr. Rosario") in the above-captioned matter. With respect, Mr. Rosario urgently seeks leave to voluntarily withdraw the pending habeas petition. On February 27, 2026, the Board of Immigration Appeals denied Mr. Rosario's appeal. Mr. Rosario now wishes to promptly depart the United States and bring finality to his immigration matters without further delay.

      Given the time-sensitive nature of these circumstances, the undersigned respectfully requests that this action be voluntarily dismissed at the Court's earliest convenience. This request is submitted with sincere appreciation for the Court's time and consideration.

                                                          Respectfully,

                                                          */s/ Alexandra Minogue*
                                                          _____

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Petitioner*

CC: Jessica Laserna, Esq.
    *Counsel for Respondents*

Based on the foregoing, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (D.E. No. 1) is hereby deemed **WITHDRAWN**. The Court LIFTS its Order (D.E. No. 3) prohibiting Petitioner's transfer from the District of New Jersey and his removal from the United States pending further order of this Court. The Clerk of the Court shall **CLOSE** this case.

      **SO ORDERED.**

      _____
      **Hon. Esther Salas, U.S.D.J.**
      **Date: March 10, 2026**

2